**Ali Salem**
**Plaintiff Pro Se**
**77 Bay 7th Street**
**Brooklyn, NY 11228**
**917-974-3276**
**alisalemir@yahoo.com**

June 15, 2023

Honorable Valerie E. Caproni
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    22-cv-05112 (VEC)(SLC)**

Dear Judge Caproni:

Plaintiff Pro Se is writing to respectfully request an extension of the deadline for filing the amended complaint from June 16, 2023, to June 26, 2023. I have spoken to the Counsel for Defendants, Ms. Rebecca K. Kimura, who has indicated that her clients do not oppose this request. This is the first request for an extension of time regarding filing an amended complaint.

The reason for the extension is that I encountered significant challenges in completing the necessary preparations for the amendment. I am a graduate student with 9 credits course load and final exams and projects were all happened at the end of May. These circumstances have hindered my ability to adequately prepare the amended complaint within the given timeframe.

Granting an extension would allow me the opportunity to thoroughly review and include all pertinent information in the amendment, thereby strengthening the presentation of my case. This additional time will enable me to complete the necessary research, analysis, and preparation for the amended complaint.

Thank you for your attention to this matter, and I appreciate your consideration of my request.

Respectfully,

Ali Salem