UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI SALEM,<br><br>      Plaintiff,<br><br>-v-<br><br>NEW YORK UNIVERSITY, RAQUEL COOPER, individually and on behalf of New York University, and PETER VOLTZ, individually and as Dean for Undergraduate and Graduate Academics, NYU Tandon School of Engineering,<br><br>      Defendants. | CIVIL ACTION NO.: 22 Civ. 5112 (VEC) (SLC)<br><br>**ORDER** |

Plaintiff's request (ECF No. 23) for an extension of time to file his amended complaint (the "Amended Complaint") is GRANTED. Plaintiff shall file the Amended Complaint by **June 26, 2023**.

Dated:  New York, New York
     June 20, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge