UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI SALEM,

               Plaintiff,

-v-

               CIVIL ACTION NO.: 22 Civ. 5112 (VEC) (SLC)

NEW YORK UNIVERSITY,

               **ORDER**

               Defendant.

      Defendant's request (ECF No. 25) for clarification of the Court's Order at ECF No. 24, which extended until June 26, 2023 the deadline for pro se Plaintiff Ali Salem ("Mr. Salem") to file an amended complaint, is GRANTED.  Pursuant to the Honorable Valerie E. Caproni's May 17, 2023 Order, "[i]f Mr. Salem wishes to amend his complaint, he must move for leave to file an amended complaint[,]" and "include a proposed amended complaint."  (ECF No. 22 at 3).  Accordingly, Mr. Salem must file his motion to amend, if any, along with the proposed amended complaint, by **June 26, 2023**.

Dated:     New York, New York
             June 21, 2023

                                              SO ORDERED.

                                              SARAH L. CAVE
                                              **United States Magistrate Judge**