Ali Salem

CIVIL ACTION NO.: 22 Civ. 5112 (VEC) (SLC)

[alisalemir@yahoo.com](mailto:alisalemir@yahoo.com)

77 Bay 7th St, Brooklyn, New York. 11228

09/28/2023


United States District Judge

Of SOUTHERN DISTRICT OF NEW YORK


Dear Honorable Judge VALERIE CAPRONI,


I hope this letter finds you well. I am writing to respectfully request an extension of the deadline 09/29/23 for filing the objections to R&R in the above-mentioned case. The counselor of the other party didn't oppose of filing this extension.

I encountered significant challenges in completing the necessary preparations for filing the Objections to R&R. As Pro Se, to present a strong and comprehensive case, I require more time to complete the it, and ensure that all necessary documentation is in order.

I propose an extension of <u>one</u> week. I propose that the new court date be scheduled for [10/06/23], which allows for adequate time to address the issues mentioned above. This additional time will enable me to complete the necessary research, analysis, and preparation to meet the court's expectations and obligations. I assure you that I will utilize this extension judiciously and strive to minimize any further disruption to the court proceedings.

I am committed to fulfilling all my responsibilities as a party to this case and am grateful for your understanding and consideration of my request.

Respectfully,

Ali Salem